# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>          Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ATALIG, SYLVAN ) <br>          Defendant. ) <br> _____ ) | USDC Cr. Cs. No. 02-00012-003 <br><br> **TERMINATION** <br><br> F I L E D <br> Clerk <br> District Court <br><br> DEC – 1 2005 <br><br> For The Northern Mariana Islands <br> By_____ <br> (Deputy Clerk) |

**Re:** Report and Order Terminating Term of Supervised Release

Sylvan Atalig has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on November 18, 2005. I therefore recommend that Mr. Atalig be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 30th day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
File

*******************************************************************************

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Sylvan Atalig be discharged from supervised release and that the proceeding in the case be terminated.

Dated this 1st day of December 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands